**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>NEAL HELMS,<br><br>    Defendants. | Case No. **EDCV 10-02017 VAP**<br>        EDCR 09-00013-VAP<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Movant's Petition is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: May 19, 2011

                                          VIRGINIA A. PHILLIPS
                                      United States District Judge